.THE STATE V. DAVIS *et al.*, *Appellants*.

DIVISION TWO.

The Doctrine announced in the case of *State v. Buck*, 43 Mo. App. 443, approved.

*Certified from Kansas City Court of Appeals.*

AFFIRMED.

*John M. Wood*, Attorney General, for the State.

THOMAS, J.—Defendants were indicted in the circuit court of Harrison county for disturbing the peace of a family by loud, offensive and indecent conversation, and by threatening, challenging and fighting. Being tried and convicted, they appealed to the Kansas City court of appeals, which affirmed the judgment of the trial court, and on their motion the case was transferred to this court, on the ground that the decision was in conflict with the opinion of the St. Louis court of appeals in the case of *State v. Bach*, 25 Mo. App. 554. But as the opinion in *State v. Bach* has been overruled by the St. Louis court of appeals in *State v. McDaniel*, 40 Mo. App. 356; *State v. Fare*, 39 Mo. App. 110; *State v. Parker*, 39 Mo. App. 116, and *State v. Buck*, 43 Mo. App. 443, there is now no conflict between the two courts of appeals on the question involved, and hence there is nothing for us to decide, the correct doctrine having been announced in *State v. Buck*, *State v. McDaniel*, *State v. Fare* and *State v. Parker*, *supra*. Judgment affirmed. All of this division concur.